CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq. SBN 171771
<u>Mail</u>: PO Box 262490
    San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
    San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br>       Plaintiff, <br><br>   v. <br><br> **Bess Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; <br> **Steven Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; and Does 1-10, <br><br>       Defendants. | Case 2:17-CV-01521-R-FFM <br><br> **Plaintiff's Application for Default Judgment by Court Against Bess Drust and Steven Drust** <br><br> Date:  July 17, 2017 <br> Time:  10:00 a.m. <br> Ctrm:  880 |

To Defendants Bess Drust and Steven Drust and the attorneys of record, if any: Please take notice that on July 17, 2017, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 255 East Temple Street, Los Angeles, California. Plaintiff Chris Langer will present his application for default judgment against defendants Bess Drust and Steven Drust. The Clerk has previously entered the default on defendants Bess Drust and Steven Drust, on April 19, 2017 and May 3, 2017, respectively.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendants Bess Drust and Steven Drust are not minors or incompetent persons or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendants Bess Drust and Steven Drust, have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,860.00 in attorney fees and costs as set forth in the attached declaration of Russell Handy and an Order directing the defendant to: provide compliant accessible parking space and accessible swimming pool at the property located at or about 5329 Sepulveda Blvd., Culver City, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Bess Drust and Steven Drust on June 5, 2017, by first class United States Mail, postage prepaid.

Dated: June 5, 2017                    CENTER FOR DISABILITY ACCESS

By: /s/ Russell Handy
Russell Handy, Esq.
Attorneys for Plaintiff