1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 2:17-CV-01521-R-FFM |
| Plaintiff, | Proposed Judgment Re: Default Judgment |
| v. | |
| **Bess Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; **Steven Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; and Does 1-10, | |
| Defendants. | |

1

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor in the amount of $8,860.00 against defendants Bess Drust and Steven Drust.

Additionally, defendants Bess Drust and Steven Drust are ordered to provide a marked and reserved parking space and accessible swimming pool at the property located at or about 5329 Sepulveda Blvd., Culver City, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____    By:_____
United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff