CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Bess Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; <br> **Steven Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; and Does 1-10, <br><br> Defendants. | Case: 2:17-CV-01521-R-FFM <br><br> **Index of and Exhibits in Support of Plaintiff's Application for Default Judgment** |

# TABLE OF EXHIBITS

Exhibit 1 ................................................................ Declaration of Attorney Russell Handy

Exhibit 2 ............................................................................. Declaration of Chris Langer

Exhibit 3 .............................................................................. Declaration of Evens Louis

Exhibit 4 ............................................................................................................. Photos

Exhibit 5 ................................................................................................. Public Records

Exhibit 6 ..................................................................... Fee Award (Judge Christina Snyder)

Exhibit 7 ............................................................................ Fee Award (Judge Ruben Brooks)

Exhibit 8 ............................................................................. Fee Award (Judge David Milton)

Exhibit 9 ............................................................................. Fee Award (Judge Marc Goldman)

Exhibit 10 ........................................................................... Fee Award (Judge Stephen Wilson)

Default Judgment Exhibits                                                  2:17-CV-01521-R-FFM