CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
   San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>       Plaintiff,<br><br>v.<br><br>**Bess Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010;<br>**Steven Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; and Does 1-10,<br><br>       Defendants. | Case: 2:17-CV-01521-R-FFM<br><br>**Declaration of Russell Handy in Support of Plaintiff's Application for Default Judgment by Court Against Bess Drust and Steven Drust** |

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney with the Center for Disability Access, and an attorney of record for the moving party, Plaintiff Chris Langer, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. Defendants Bess Drust and Steven Drust, are not infants or incompetent persons. We contacted the Department of Defense through its website at

DMDC and determined that the defendants are not on active duty in the armed forces, so, to the best of plaintiff's knowledge or information, defendants are not in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

3. We conducted a public records search in order to ascertain the owners and operators of the facility that is the subject of this litigation, a true and correct copy of which is attached as Exhibit 5. Based on this search and the records located, our office determined, to the best of our knowledge, that defendants Bess Drust and Steven Drust, owns the real property and business located at or about 5329 Sepulveda Blvd., Culver City, California, that is the subject of this lawsuit on the date complained of by Plaintiff.

4. Notice of this Application for Default Judgment by court was served on defendants Bess Drust and Steven Drust, on June 5, 2017, by first class United States Mail, postage prepaid.

5. I have expended time and incurred costs in preparing this case. I have done the following: (1) discussed the case with the client and developed the intake notes; (2) conducted a preliminary site inspection of the real property to comply with my Rule 11 obligations; (3) conducted research of public records to determine the identities of the business owner and owner of the real property; (4) drafted the Complaint; (5) reviewed and executed the Request for Entry of Default; (6) and drafted this application for default judgment and my supporting declaration. I spent a total of 10.4 hours of time, which totals $4,420.00 in attorney fees, and paid out $440.00 in filing fees and service costs, for a total of $4,860.00 in attorney fees and costs.

6. I have been in practice for 19 years and my practice is dedicated exclusively to disability related issues. I graduated Magna Cum Laude from California Western, I have taught as an adjunct professor, have clerked for the Ninth Circuit Court of Appeals, and have devoted my private practice to disability

litigation. I have prosecuted over a thousand ADA cases, have prosecuted over 40 ADA trials and I have appeared at either state or federal appellate court forums on ADA cases over 30 times. I have argued disability cases before the California Supreme Court and I was awarded the California Magazine's Attorney of the Year (CLAY) award for 2010 for my disability work that resulted in a significant ruling for disability litigants under the Unruh Civil Rights Act. (See Munson v. Del Taco, Inc. (2009) 46 Cal.4th 66). I have appeared on ABC's show 20/20 as an expert in ADA litigation. In 2011, the San Diego Daily Transcript named me one of San Diego's "Top Attorneys 2011." My billing rate for ADA related work is $425, which is a fair rate for attorneys with similar experience and expertise in this nuanced area of law. Numerous federal and state court judges have approved my billing rate.

7. The Center for Disability Access has been a significant participant in the development and shaping of ADA law with numerous precedent setting cases. Among the more influential reported decisions that I have handed are: *Munson v. Del Taco, Inc.* (2009) 46 Cal.4th 66; *Miller v. California Speedway Corp.* (9th Cir. 2008) 536 F.3d 1010; *Munson v. Del Taco, Inc.* (9th Cir. 2008) 522 F.3d 997; *Fortyune v. American Multi-Cinema, Inc.,* 364 F.3d 1075 (9th Cir. 2004); *Pickern v. Holiday Quality Foods, Inc.*, 293 F.3d 1133 (9th Cir. 2002); *Wyatt v. Ralphs Grocery Co.*, 65 Fed.Appx. 589 (9th Cir. 2003); and *Botosan v. Paul McNally Realty*, (9th Cir. 2000) 216 F.3d 827.

8. I have recently submitted motions for attorney fees in contested cases. In all such cases, our requested rate was upheld. (See Exhibits 6-10). These awards are true and accurate copies of the court awards in those cases.

9. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 5, 2017              CENTER FOR DISABILITY ACCESS

                                 By: /s/Russell Handy
                                 Russell Handy, Esq.
                                 Attorneys for Plaintiff