# PROOF OF SERVICE

**LANGER V. DRUST**
**2:17-CV-01521-R-FFM**

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On June 5, 2017 I served the following document(s):

**Plaintiff's Application for Default Judgment by Court Against Bess Drust and Steven Drust; Plaintiff's Memorandum of Points and Authorities in Support of Application for Default Judgment by Court Against Bess Drust and Steven Drust and Request to Affix Fees; Proposed Judgment Re: Default Judgment; Index of and Exhibits in Support of Plaintiff's Application for Default Judgment; Exhibits 1-10**

Addressed to:

| Bess Drust | Steven Drust |
|---|---|
| 5329 SEPULVEDA BLVD | CIRCLE K MOTEL |
| CULVER CITY, CA 90230-5215 | 5329 SEPULVEDA BLVD, |
|  | CULVER CITY, CA 90230-5215 |

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on June 5, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Leonardo Pahuriray

PROOF OF SERVICE