CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg @ potterhandy.com
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>    Plaintiff,<br><br>v.<br><br>**Bess Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010;<br>**Steven Drust,** in individual and representative capacity as trustee of the Bess Drust Living Trust Dated February 8, 2010; and Does 1-10,<br><br>    Defendants. | **Case:** 2:17-CV-01521-R-FFM<br><br>**Declaration of Mark Potter in Support of Motion for An Award of Attorney's Fees**<br><br>Date:    October 2, 2017<br>Time:   10:00 a.m.<br>Ctrm:   880<br><br>Hon. Judge Manuel L. Real |

1. I, the undersigned, am one of the attorneys for plaintiff, Chris Langer, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. I am the managing partner of the Center for Disability Access. I manage the firm's personnel and I maintain and review the firm's billing. The billing that is submitted as exhibit 2 is a true and accurate

reproduction of the billing kept in this case and truly and accurately reflects the time spent by the attorneys who worked on this case.

3. The Fee Awards/Rulings that are attached as exhibits 3-5 are true and accurate copies of the rulings handed down in those respective cases and served upon (and maintained by) me as the attorney of record in each of those cases.

4. I founded the Center for Disability Access, have devoted more than 95% of my practice to disability issues for more than 20 years. I was a former officer of the California's for Disability Rights, Chapter Number One—the oldest and most prestigious disability civil rights advocacy organization in California, as well as a board member of the prestigious Southern California Rehabilitation Services. I have given ADA seminars throughout the state of California and published in numerous disabled rights periodicals. I have litigated over 2,000 disability cases. My expertise and experience with ADA cases is almost unparalleled in California. I have been interviewed on CNN as an ADA legal expert.

5. Attorney Russell is qualified to bill at $425 per hour. He graduated Magna Cum Laude from California Western, has taught as an adjunct professor, has clerked for the Ninth Circuit Court of Appeals, and has devoted his private practice to disability litigation for the last 17 years. He has prosecuted over a thousand ADA cases, has prosecuted over 40 ADA trials and appeared at either state or federal appellate court forums on ADA cases over 30 times. He has argued disability cases before the California Supreme Court and was awarded the California Magazine's Attorney of the Year (CLAY) award for 2010 for his disability work that resulted in a significant ruling for disability

2

litigants under the Unruh Civil Rights Act. (*See Munson v. Del Taco, Inc.* (2009) 46 Cal.4th 66). He has appeared on ABC's show 20/20 as an expert in ADA litigation. In 2011, the San Diego Daily Transcript named him one of San Diego's "Top Attorneys 2011."

6. Our disability rights work has helped to shape ADA law with numerous, precedent setting opinions including, but not limited to the following cases: *Lozano v., C.A. Martinez Family Ltd. Partnership*, 129 F.Supp.3d 967 (S.D. Cal. 2015); *Fortyune v. City of Lomita*, 766 F.3d 1098 (9th Cir. 2014); *Cortez v. City of Porterville*, 5 F.Supp.3rd 1160 (E.D. Cal. 2014); *Johnson v. Wayside Prop., Inc.*, 41 F.Supp.3d 973 (E.D. Cal. 2014); *Daubert v. Lindsay Unified School District*, 760 F.3d 982 (9th Cir. 2014); *Munson v. Del Taco, Inc.*, 46 Cal.4th 66 (2009); *Nicholls v. Holiday Panay Marina, L.P.*, 93 Cal.Rptr.3d 309 (Cal. App. 4th 2009); *Ortiz v. Accredited Home Lenders, Inc.*, 639 F. Supp. 2d 1159 (S.D. Cal. 2009); *Kittok v. Leslie's Poolmart, Inc.*, 687 F. Supp. 2d 953 (C.D. Cal. 2009); *Deanda v. Sav. Inv., Inc.*, 267 F. App'x 675, 676 (9th Cir. 2008); *Miller v. California Speedway Corp.* (9th Cir. 2008) 536 F.3d 1010; *Munson v. Del Taco, Inc.*, 522 F.3d 997 (9th Cir. 2008); *Grove v. De La Cruz*, 407 F. Supp. 2d 1126 (C.D. Cal. 2005); *Fortyune v. American Multi-Cinema, Inc.*, 364 F.3d 1075 (9th Cir. 2004); *Pickern v. Holiday Quality Foods, Inc.*, 293 F.3d 1133 (9th Cir. 2002); *Wyatt v. Ralphs Grocery Co.*, 65 Fed.Appx. 589 (9th Cir. 2003); *Botosan v. Paul McNally Realty*, 216 F.3d 827 (9th Cir. 2000); *Wyatt v. Liljenquist*, 96 F. Supp. 2d 1062 (C.D. Cal. 2000).

7. Because the nature of my practice is wholly dependent on billing at a market rate, I have extensive experience with respect to what attorneys

specializing in disability law and civil rights bill for civil litigation and what courts are routinely awarding and can attest that the rates billed by the Center for Disability Access for its attorneys are well within market rates.

8. I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and accurate.

Dated: August 30, 2017          CENTER FOR DISABILITY ACCESS

                                By: /s/ Mark Potter                .
                                    Mark Potter, Esq.
                                    Attorneys for Plaintiff