

# Center for Disability Access
## Billing Summary

| Attorney | Billing Period | Hours Billed | Amount |
|---|---|---|---|
| Russell Handy | 1/11/17 - 8/30/17 | 10.4 | $ 4,420.00 |
| Mark Potter | 8/22/17 - 8/30/17 | 5.4 | $ 2,295.00 |
| **Subtotals:** | | **15.8** | **$ 6,715.00** |

| Litigation Expenses | |
|---|---|
| Filing Fees | $400.00 |
| Service Cost | $40.00 |
| **Totals:** | **$440.00** |

**Total Bill:** $7,155.00

Langer v. Drust

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

### Langer v. Drust

**Attorney:** Russell Handy

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 1/11/2017 | 6/5/2017 |
| **Billing Rate/Hr:** | $ 425.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 1/11/2017 | Met with client; discussed his case; discussed his contacts with the geographical area for standing purposes and his likelihood of returning to maintain federal jurisdiction | 0.9 | 382.5 |
| 1/11/2017 | Drove to and walked the site to conduct an assessment of the allegations; instructions to investigator about photos and measurements I want. | 1.2 | 510 |
| 1/20/2017 | reviewed investigator Louis' report and +135 photos; phone conversation with him regarding the same; notes to file | 1 | 425 |
| 1/20/2017 | Conducted public records research to determine the identity of the responsible parties and to determine if there had been alterations or modifications that would have triggered stricter Title 24 obligations for this property: assessor parcel number: 4216-003-037 | 2.2 | 935 |
| 2/15/2017 | Drafted the complaint | 0.7 | 297.5 |
| 2/17/2017 | Reviewed and executed the front matter (civil case coversheet, summons, certificate of interested parties, etc.) | 0.1 | 42.5 |
| 2/28/2017 | instructed staff to send a copy of the complaint to the client | 0.1 | 42.5 |
| 3/1/2017 | Reviewed court-issued summons, Notice of Assignment, Standing order, and Notice to parties re ADA access litigation | 0.1 | 42.5 |
| 4/5/2017 | instructed assistant to send default warning letters to Defendants | 0.1 | 42.5 |
| 4/5/2017 | conducted research re deployment and bankruptcy status of both the Defendants | 0.5 | 212.5 |
| 4/10/2017 | reviewed and executed Request for Entry of Default for Def.. Bess Drust | 0.1 | 42.5 |
| 4/20/2017 | reviewed Clerk's certificate of entry of default of def.. Bess Drust | 0.1 | 42.5 |
| 4/27/2017 | reviewed OSC re dismissal for lack of prosecution | 0.1 | 42.5 |
| 4/28/2017 | reviewed and executed Request for Entry of Default for Def.. Steven Drust | 0.1 | 42.5 |
| 5/3/2017 | reviewed Clerk's certificate of entry of default of def.. Steven Drust | 0.1 | 42.5 |
| 5/17/2017 | reviewed order discharging OSC | 0.1 | 42.5 |

# Center for Disability Access

## Billing Statement

Page 3
Handy

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/22/2017 | reviewed OSC re dismissal for lack of prosecution | 0.1 | 42.5 |
| 6/1/2017 | drafted declarations on behalf of client and investigator in support of Plaintiff's Application for Entry of default Judgment; instructed | 0.6 | 255 |
| 6/5/2017 | drafted notice of and motion for application for entry of Default Judgment, PNA, and declaration in support; compiled exhibits, and | 2.2 | 935 |
| **Totals** | | **10.4** | **4420** |

Langer v. Drust

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access

## Billing Statement

Page 4
Potter

### Langer v. Drust

**Attorney:** Mark Potter

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 8/22/2017 | 8/30/2017 |
| **Billing Rate/Hr:** | $ 425.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 8/22/2017 | reviewed order granting application for entry of default judgment | 0.2 | 85 |
| 8/30/2017 | Reviewed billing; removed items that could be taken as duplicative or unreasonable; redacted as appropriate | 0.2 | 85 |
| 8/30/2017 | drafted notice of and motion for attorney's fees and costs, PNA, declaration in support; compiled exhibits in support, instructions to file | 1 | 425 |
| EST | travel to and attendance at hearing of fee motion | 4 | 1700 |
| **Totals** | | **5.4** | **2295** |