WHEN RECORDED MAIL TO:

111282 / 166317
Center For Disability Access
Raymond G. Ballister, Jr. / Mark D. Potter
Mail: PO Box 262490, San Diego, CA 92196-2490
9845 Erma Road, Suite 300, San Diego, CA 92131

Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Chris Langer

PLAINTIFF(S),

v.

Bess Drust, et al.

DEFENDANT(S).

CASE NUMBER:

CV 2:17-cv-01521-R-FFM

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 8/21/17
in favor of Chris Langer
whose address is C/O Mark D. Potter, 9845 Erma Road, Suite 300, San Diego, CA 92131
and against Bess Drust and Steven Drust
whose last known address is 5329 SEPULVEDA BLVD, CULVER CITY, CA 90230-5215 (Los Angeles County)
for $ 4,000.00        Principal,    $ 0           Interest,    $ 440.00          Costs,
and $ 5015.00         Attorney Fees.

ATTESTED this  6th  day of November , 20 17.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

5329 SEPULVEDA BLVD, CULVER CITY
CA 90230-5215 (Los Angeles County)

1183

CLERK, U.S. DISTRICT COURT

By _____ Derek Davis
Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                          ABSTRACT OF JUDGMENT/ORDER

## PROOF OF SERVICE

### LANGER V. DRUST
### 2:17-CV-01521-R-FFM

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On November 1, 2017 I served the following document(s):

**Abstract of Judgment.**

Addressed to:

| Bess Drust<br>5329 SEPULVEDA BLVD<br>CULVER CITY, CA 90230-5215 | Steven Drust<br>5329 SEPULVEDA BLVD,<br>CULVER CITY, CA 90230-5215 |
|---|---|

☑     BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐     BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐     BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐     BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑     BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on November 1, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Cameron Johnson_
Cameron Johnson